4219.  BROOKE *v.* LEWIS.

RUSSELL, J.  This being an action to recover commissions alleged to be due the plaintiff for negotiating a sale of real estate belonging to the defendant, and it appearing, from the uncontradicted evidence, that the plaintiff did not procure a purchaser ready and willing to buy upon the terms fixed by the owner, it was not error to direct a verdict in favor of the defendant.                    *Judgment affirmed.*

DECIDED FEBRUARY 11, 1913.

Complaint; from city court of Cartersville—Judge Irwin presiding.  May 10, 1912.

*G. H. Aubrey,* for plaintiff.  *Neel & Neel,* for defendant.

---

4228.  CENTRAL GEORGIA POWER CO. *v.* THE STATE.

RUSSELL, J.  This case is controlled by the decisions of this court in *Progress Club* v. *State,* ante, (76 S. E. 1029), and *Brunswick-Oglethorpe Club* v. *State,* ante, 180 (76 S. E. 1034).  The defendant corporation was charged by accusation, and not by indictment or presentment of a grand jury; and it being, therefore, impossible, under the provisions of the Penal Code, § 963, for the court to have obtained jurisdiction, all of the proceedings in the trial were nugatory, and a consideration of any of the assignments of error is thereby precluded.

*Judgment reversed.*

DECIDED FEBRUARY 11, 1913.

Accusation of maintaining nuisance; from city court of Jackson —Judge Fletcher.  April 22, 1912.

*Hatcher & Smith, Greene F. Johnson,* for plaintiff in error.
*C. L. Redman, solicitor, O. M. Duke,* contra.